IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  09-cv-02433-RPM

JOEL M. PRITCHETT,

      Plaintiff,

v.

I-FLOW CORPORATION,
ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA LP,
ZENECA HOLDINGS INC.
HOSPIRA, INC.,
ABBOTT LABORATORIES, and
EASTMAN KODAK COMPANY,

      Defendants.

_____

## ORDER OF RECUSAL
_____

      Because my wife is a stockholder of Hospira, Inc., and Abbott Laboratories, there

is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

      ORDERED that the Clerk of Court shall reassign this civil action.

      DATED:   October 15th, 2009

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge