IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-02433-WDM-KLM

JOEL M. PRITCHETT,

      Plaintiff,

v.

I-FLOW CORPORATION,

      Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Doc. Nos. 42 and 49 are mooted by the notices of dismissal (doc. nos. 52 and 53.)

Dated:  February 17, 2010

                         s/ Jane Trexler, Judicial Assistant