IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02433-WDM-KLM

JOEL M. PRITCHETT,

    Plaintiff,

v.

I-FLOW CORPORATION,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Entry of Stipulated Qualified Protective Order** [Docket No. 64; Filed September 23, 2010] (the "Motion"). The Motion is unopposed.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Court accepts the Stipulated Qualified Protective Order for filing and enters it as an Order of the Court as to today's date.

Dated: September 23, 2010