IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02433-WJM-KLM

JOEL M. PRITCHETT,

  Plaintiff,

v.

I-FLOW CORPORATION,

  Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

  This matter is before the Court on the **Joint Motion to Vacate and Reset Evidentiary Hearing** [Docket No. 116; Filed November 21, 2011] (the "Motion").

  IT IS HEREBY **ORDERED** that the Motion is **GRANTED IN PART** as follows. The three-hour Evidentiary Hearing on both Motions to Exclude [##89, 106] set for December 1, 2011, at 1:30 p.m. is **VACATED** and **RESCHEDULED** to Tuesday, **January 10, 2012**, at **1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.[1]

  IT IS FURTHER **ORDERED** that on or before **January 5, 2012**, the parties shall submit a **joint pre-hearing status report** listing the parties' exhibits and indicating which exhibits are stipulated and which exhibits are contested, and will-call and may-call witnesses.

  IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 10, 2012, is **VACATED**. The Court will discuss available dates for the rescheduling of the Final Pretrial Conference at the Evidentiary Hearing.

  Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

  Dated: November 21, 2011

---

  [1] The Motion is denied to the extent that none of the dates for rescheduling suggested by the parties are available, as the undersigned is on criminal duty during the weeks of December 19 and 26, 2011.