# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-02433-WJM-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: January 10, 2012** | Courtroom Deputy, Monique Wiles |

JOEL M. PRITCHETT,                    Seth A. Katz
                                       Peter L. Kaufman

    **Plaintiff(s),**

v.

I-FLOW CORPORATION,                   Jordan L. Lipp
                                       Peter J. Strelitz
                                       Philip M. Crane

    **Defendant(s).**

## COURTROOM   MINUTES  /  MINUTE ORDER

**HEARING:  EVIDENTIARY HEARING**
**Court in Session: 1:31 p.m.**
Court calls case.    Appearance of counsel.

This matter is before the Court regarding **Defendant's Motion to Exclude Expert Opinions of Dr. Jon Hyman [Doc. No. 106, filed 10/4/2011]** and **Defendant's Motion to Exclude Expert Opinions of Dr. Suzanne Parisian [Doc. No. 89, filed 7/28/2011].**

Defense counsel present argument.

Plaintiff's counsel present argument.

**It is ORDERED:**          Defendant's Motion to Exclude Expert Opinions of Dr. Jon Hyman [Doc. No. 106, filed 10/4/2011] and **Defendant's Motion to Exclude Expert Opinions of Dr. Suzanne Parisian [Doc. No. 89, filed 7/28/2011]** are both **TAKEN UNDER ADVISEMENT.** The Court will issue a written order on these matters, in due course.

HEARING CONCLUDED.

**Court in recess: 2:59 p.m.**
Total In-court time:   1 hour and 28 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.